UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 1:23-cr-20681 |
| Plaintiff, | Judge: Ludington, Thomas L. |
| v. | MJ: Morris, Patricia T. |
| KIMMARA DAVIS, | Filed: 12-13-2023 |
| Defendant. | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
Student Loan Fraud and Attempted Student Loan Fraud
20 U.S.C. § 1097(a)

On or about January 4, 2019, in the Eastern District of Michigan and elsewhere, KIMMARA DAVIS, knowingly and willfully obtained by fraud, false statement, and forgery funds provided and insured under subchapter IV of Chapter 28 of Title 20, all in violation of Title 20, United States Code, Section 1097(a).

Dated: December 13, 2023

DAWN N. ISON
United States Attorney

*Katharine Hemann* (signature)
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Suite. 200
Bay City, MI 48708

*Anthony P Vance* (signature)
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes          X No | **AUSA's Initials:** KH |

**Case Title:** USA v. Kimmara Davis

**County where offense occurred:**  Isabella

**Check One:**    X **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

```
___Indictment/   X   Information ---   no prior complaint.
___Indictment/ _____Information ---   based upon prior complaint [Case number:]
___Indictment/ _____Information ---   based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: December 13, 2023

s/*Katharine Hemann*
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Fax: 989-895-5790
E-Mail address:
Katharine.Hemann@usdoj.gov
Attorney Bar #:   WSBA # 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.